UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES DEPARTMENT OF LABOR, by EUGENE SCALIA, SECRETARY,<br><br>Plaintiff,<br><br>v.<br><br>GREG HEIDRICK and<br>GREG HEIDRICK, C.P.A., P.A.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 20-2240-JAR<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Plaintiff has brought this action against Greg Heidrick individually and Greg Heidrick, C.P.A., P.A., the accounting firm owned 100% by Heidrick.[1] On August 26, 2020, Heidrick filed an answer purportedly on behalf of both defendants.[2]

The law is clear that corporate entities may not proceed in this court pro se, nor may they be represented by non-attorney corporate officers.[3] The complaint alleges Greg

---

[1] ECF No. 1 at 1-2.

[2] ECF No. 8.

[3] *See Am. Contractors Indem. v. Boeding*, 490 F. App'x. 141, 145 (10th Cir. 2012) (appellant "is not an attorney . . . and may not represent New Image [a limited liability company] on appeal"); *Roscoe v. United States*, 134 F. App'x 226, 227 (10th Cir. 2005) (dismissing limited liability company as a pro se plaintiff); *Tal v. Hogan*, 453 F.3d 1244, 1254 (10th Cir. 2006) (noting "long standing rule that a corporation must be represented by an attorney to appear in federal court").

1

Heidrick, C.P.A., P.A., is incorporated in the State of Kansas.  Therefore, by **September 14, 2020,** Greg Heidrick, C.P.A., P.A., is ordered to either (1) retain counsel to enter an appearance on its behalf, or (2) file a response to this order that shows cause why it may proceed in this case without counsel.

IT IS SO ORDERED.

Dated August 26, 2020, at Kansas City, Kansas.

  s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge

2

O:\Show Cause Orders\20-2240-JAR-SCO.docx