IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| EUGENE SCALIA,  )<br>SECRETARY OF LABOR,  )<br>UNITED STATES DEPARTMENT  )<br>OF LABOR,  )<br>  )<br>　Plaintiff,  )<br>  )<br>v.  )<br>  )<br>GREG HEIDRICK, C.P.A., P.A., and  )<br>GREG HEIDRICK, individually,  )<br>  )<br>　Defendants.  )  | CIVIL ACTION FILE<br>NO. 2:20-cv-2240 |

## NOTICE OF SETTLEMENT

Plaintiff hereby files this notice to inform the Court the parties have reached an agreement to resolve all matters in this case. Plaintiff and Defendants need more time to finalize the settlement agreement and prepare the necessary documents to file with the Court. Therefore, Plaintiff requests the parties be granted 30 days to finalize the settlement agreement and file the necessary documents with the Court.

    Kate S. O'Scannlain
    Solicitor of Labor

    Christine Z. Heri
    Regional Solicitor

    Evert H. Van Wijk
    Associate Regional Solicitor

    <u>s/ Laura O'Reilly</u>
    Laura O'Reilly
    Trial Attorney
    KS Bar #25856

2300 Main Street, Suite 1020
Kansas City, MO 64108
(816) 285-7260
(816) 285-7287 (fax)
OReilly.Laura.M@dol.gov

Attorneys for Plaintiff, Secretary of Labor,
U.S. Department of Labor

CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing Notice of Settlement was sent by email this 9th day of October, 2020, to:

Greg Heidrick
Greg Heidrick, C.P.A., P.A.
10965 Granada Lane, Suite 103
Overland Park, KS 66211
Greg@heidrickcpa.com

/s/Laura O'Reilly