# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| EUGENE SCALIA, ) | |
| SECRETARY OF LABOR, ) | |
| UNITED STATES DEPARTMENT ) | |
| OF LABOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO. 2:20-cv-2240 |
| ) | |
| GREG HEIDRICK, C.P.A., P.A., and ) | |
| GREG HEIDRICK, individually, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Plaintiff having filed his complaint, and Defendant Greg Heidrick having agreed to the entry of this judgment without contest;

It is, therefore, upon motion of counsel for the Plaintiff, and for cause shown:

ORDERED, ADJUDGED, and DECREED that Defendant Greg Heidrick, his officers, agents, servants, employees, and those persons in active concert or participation with him who receive actual notice of this judgment be, and each of them hereby is, permanently enjoined and restrained from violating the provisions of § 15(a)(2) of the Fair Labor Standards Act of 1938, as amended (29 U.S.C. § 201 et seq.), hereinafter called the Act, in any of the following manners:

Defendant shall not, contrary to sections 7 and 15(a)(2) of the Act, employ any of his employees who in any workweek is engaged in commerce or in the production of goods for commerce, or is employed in an enterprise engaged in commerce or in the production of goods for commerce, for workweeks longer than 40 hours without compensating such employee for his or her employment in excess of 40 hours per

workweek at a rate not less than one and one-half times the regular rate at which he or she is employed.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall not request, solicit, suggest, or coerce, directly or indirectly, an employee to return or to offer to return to the Defendant or to someone else for the Defendant, any money, whether in the form of cash, check, or any other form, previously due or to become due in the future to said employee under the provisions of this judgment or the Act; nor shall Defendant accept, or receive from any employee, either directly or indirectly, any money, whether in the form of cash, check, or any other form, heretofore or hereafter paid to said employee under the provisions of this judgment or the Act; nor shall Defendant discharge or in any other manner discriminate, nor solicit or encourage anyone else to discriminate, against any such employee because such employee has received or retained money due to him from the Defendant under the provisions of this judgment or the Act; nor shall Defendant or any one acting on their behalf retaliate against any employee recovering back wages under this Judgment by paying said employee at an hourly rate that is less than the regular hourly rate presently paid to such employee or that is presently set or established by Defendant for the job titles or duties such employee is performing or will be assigned to perform.  Defendant will not raise an employee's immigration status as a defense to the payment of the back wages in any suit alleging such retaliation.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is hereby restrained from continuing to withhold unpaid overtime and minimum wage compensation in the amount of $12,372.98 due the employees named in the Appendix attached hereto in the amounts set forth opposite their names.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff shall recover from Defendant the sum of $12,372.98 in unpaid minimum wages and overtime

compensation for the employees listed in the Appendix attached hereto pursuant to an agreed payment plan with interest at a rate of 2%, for total payments of $12,419.43. Defendant will make payments to the Department of Labor online, via www.pay.gov, on or before the dates listed below for the total amounts set out below.

| Due Date | Back Wages Amount Due | Interest Due | Total Payment Due |
| --- | --- | --- | --- |
| December 1, 2020 | $3,093.24 | 0 | **$3,093.24** |
| January 1, 2021 | $1,849.77 | $15.47 | **$1,865.24** |
| February 1, 2021 | $1,852.86 | $12.38 | **$1,865.24** |
| March 1, 2021 | $1,855.94 | $9.30 | **$1,865.24** |
| April 1, 2021 | $1,859.04 | $6.20 | **$1,865.24** |
| May 1, 2021 | $1,862.13 | $3.10 | **$1,865.23** |

Upon receipt of full payment from Defendant, Plaintiff will file with the Court a certificate of payment and representatives of the Plaintiff shall distribute checks to the employees or their legal representative as their interests may appear, in accordance with the provisions of section 16(c) of the Act.  Defendant remains responsible for the employer's share of F.I.C.A. arising from or related to the back wages distributed by Plaintiff.

Any sums not distributed within a period of three years from the date of this judgment because of inability to locate the proper persons or because of such person's

refusal to accept the sum(s) sought to be distributed shall be deposited into the Treasury of the United States.

IT IS FURTHER ORDERED that each party shall bear his or its own costs, fees and other expenses incurred by such party in connection with any stage of this proceeding.

Dated this __9th__ day of __November__, 2020

                                                                          s/ Julie A. Robinson
                                                                       United States District Judge

Entry of this judgment
is hereby consented to:

FOR DEFENDANT GREG HEIDRICK:

By_____
    Greg Heidrick
    10965 Granada Lane, Suite 103
    Overland Park, KS 66211
    (913) 397-9995
    (913) 397-8590 (fax)
    greg@heidrickcpa.com

FOR PLAINTIFF:

Kate S. O'Scannlain
Solicitor of Labor

Christine Z. Heri

Regional Solicitor

Evert H. Van Wijk
Associate Regional Solicitor


/s/ Laura O'Reilly
Laura O'Reilly
KS Bar# 25856
Attorney
2300 Main Street
Suite 1020
Kansas City, MO 64108
(816) 285-7260
(816) 285-7287 (fax)
Oreilly.laura.m@dol.gov

U.S. Department of Labor
Attorneys for Plaintiff

## APPENDIX

| Name: | Back Wages: | Interest: | Total: |
|---|---|---|---|
| Jack Balestrieri | $3,853.53 | $14.48 | $3,868.01 |
| Logan Boone | $1,996.20 | $7.50 | $2,003.70 |
| Vicki Daise | $532.29 | $2.00 | $534.29 |
| Yuhong Han | $277.36 | $1.05 | $278.41 |
| Pratik Mehta | $5,593.60 | $20.99 | $5,614.59 |
| Nigel Viduya | $120.00 | $0.43 | $120.43 |